No. 81–1893. CALIFORNIA v. RAMOS. Sup. Ct. Cal. [Certiorari granted, ante, p. 821.] Motion for appointment of counsel granted, and it is ordered that Ezra Hendon, Es-

quire, of San Francisco, Cal., be appointed to serve as counsel for respondent in this case.